UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 18Cr10299 |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.   Gary Jamal WEBSTER, a/k/a "Jamal," | ) | 21 U.S.C. § 846 -- |
| | ) | Conspiracy to Distribute and Possess |
| | ) | with Intent to Distribute Cocaine |
| | ) | and Fentanyl |
| | ) | |
| | ) | 21 U.S.C. § 853 -- |
| Defendant. | ) | Criminal Forfeiture Allegation |

## INDICTMENT

**COUNT ONE:**     (Title 21, United States Code, Section 846 -- Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Fentanyl)

The Grand Jury charges that:

From a time unknown to the Grand Jury, continuing until in or about September 2017, at Boston, and elsewhere in the District of Massachusetts, and at other places presently known and unknown:

1.   **Gary Jamal WEBSTER, a/k/a "Jamal,"**

defendant herein, did conspire with other persons known and unknown to the Grand Jury to knowingly and intentionally distribute, and to possess with intent to distribute, cocaine, a Schedule II controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy charged in this Count involved 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

1

piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to this Count.

It is further alleged that, with respect to this Count, 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, is attributable to, and was reasonably foreseeable by Gary Jamal WEBSTER, a/k/a "Jamal." Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(vi) is applicable to Gary Jamal WEBSTER, a/k/a "Jamal."

All in violation of Title 21, United States Code, Section 846.

## DRUG FORFEITURE ALLEGATION
### (Title 21, United States Code, Section 853)

The Grand Jury alleges:

1. As a result of the offense alleged in Count One of this Indictment:

   1. **Gary Jamal WEBSTER, a/k/a "Jamal,"**

defendant herein, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such offense.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL,

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
EMILY CANNON
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    August 29, 2018

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk

@ 11:15 AM

8/29/18

4