UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                        Criminal Number: 1:18-cr-10299-ADB

GARY WEBSTER

**MOTION TO CONTINUE TRIAL**

Counsel for the defendant respectfully requests that the Court continue the presently scheduled trial of October 21, 2019 to a convenient date for the Court and the parties in the near future. The undersigned states that he is starting a trial in the United States District Court in New Hampshire on October 1, 2019 in the matter of U.S. v. Sergio Martinez (docket number 18-cr-0033) before Judge LaPlante. This New Hampshire trial is expected to last 2 to 3 weeks. Counsel reasonably believed in the past that the New Hampshire case was going to be resolved with a guilty plea. Counsel believes he will need more time to prepare for the October 21, 2019 trial of this case. Counsel also respectfully asks that the pre-trial conference scheduled on October 8, 2019 also be continued.

Date: October 1, 2019

Respectfully submitted,
**Gary Webster**,
By his lawyer,
 /s/William Keefe
**William Keefe**
BBO: 556817
801 C Tremont Street
Roxbury, MA 02118
Telephone (617) 442-9201
Facsimile (617) 445-8002

# CERTIFICATE OF SERVICE

I, William Keefe, hereby certify a copy of the attached Defendant's Motion to Continue Trial was electronically filed with the United States Attorney, United States Attorney's Office, 1 Courthouse Way, Boston, Ma 02210, today, October 1, 2019.

/s/William Keefe
William Keefe