UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> GARY WEBSTER, a/k/a "Jamal" <br><br> Defendant | CRIMINAL No. 18-cr-10299-ADB-1 |

## GOVERNMENT'S WITNESS LIST

The United States may call the following witnesses to testify in the above-captioned case:

Timothy Kenny – FBI

Ronald Rushneck - FBI

Patrick O'Brien – Suffolk County Sheriff's Department

Paul Murphy - Boston Police

Greg Brown - Boston Police

Marvin Wright - Boston Police

Christopher Boyle - Boston Police

Sixto Merced - Boston Police

Roberto Fratella - Boston Police

Earl Perkins - Boston Police

Stephen McManus - Boston Police

Stephen Rioux - Boston Police

Adolfo Brito - Boston Police

Erik Telford – Massachusetts State Police

Yuriy Uvadov – DEA Northeast Laboratory

Betty Bleivik – DEA Northeast Laboratory

Maolin Li – DEA Northeast Laboratory

Keeper of the Records, Massachusetts Registry of Motor Vehicles

CW-1

      The government reserves the right to supplement this list and timely notify defense counsel.

                                              Respectfully submitted,

                                              ANDREW E. LELLING
                                              United States Attorney

By:    */s/ Philip A. Mallard*
        PHILIP A. MALLARD
        Assistant U.S. Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston MA 02210
        617-748-3674

### CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                              */s/ Philip A. Mallard*
                                              PHILIP A. MALLARD
                                              Assistant U.S. Attorney

Date: October 3, 2019