UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY WEBSTER, a/k/a "Jamal"<br><br>Defendant | CRIMINAL No. 18-cr-10299-ADB-1 |

### ASSENTED-TO MOTION TO CONTINUE PRETRIAL CONFERENCE DATE

The United States, by its undersigned attorney, respectfully requests that this Court reschedule the final pretrial conference currently set in this matter for November 6, 2019, and continue it to November 7, or November 8, 2019. As grounds therefore, the government states that undersigned counsel for the government is scheduled to be presenting at a training held in Hadley, Massachusetts. This commitment had been formalized since July of 2019. Counsel for the defendant agrees to this continuance.

Wherefore, the government requests that the Court reschedule the final pretrial conference date to November 7, 2019 or November 8, 2019.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Philip A. Mallard*
PHILIP A. MALLARD
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston MA 02210
617-748-3674

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                            */s/ Philip A. Mallard*
                                            PHILIP A. MALLARD
                                            Assistant U.S. Attorney

Date:   October 23, 2019